# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR SCHOTT, JR.,

    *Plaintiff,*

v.

UPPER CHICHESTER TOWNSHIP and
UPPER CHICHESTER TOWNSHIP PFC
FRED C. RHODES, JR. #38,

    *Defendants.*

CIVIL ACTION
NO. 22-230

**PAPPERT, J.**　　　　　　　　　　　　　　　　　　　　　　　　　**August 16, 2022**

## ORDER

**AND NOW**, this 16th day of August 2022, upon consideration of Arthur Schott Jr.'s Amended Complaint (ECF 10), Defendants' Motions to Dismiss (ECF 12, 13), Schott's Responses (ECF 16, 17) and Fred Rhodes Jr.'s Reply (ECF 18), it is

**ORDERED:**

1. Rhodes's Motion (ECF 13) is **DENIED**.

2. Upper Chichester Township's Motion (ECF 12) is **GRANTED in part and DENIED in part**.  Schott's failure to train claim against the Township is **DISMISSED without prejudice**.  Schott may, consistent with the Court's Memorandum, amend this claim **on or before Tuesday, August 30, 2022**, or it will be dismissed with prejudice.

                                                          BY THE COURT:

                                                          ***/s/ Gerald J. Pappert***
                                                           GERALD J. PAPPERT, J.